**No. 42868.**—Protests 5509–K, etc., of Graef & Schmidt, Inc., et al. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel calendars, blotters, cocktail stands, letter openers, and bridge sets chiefly used in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339 as claimed.   Boxes and bookends plated with silver were held dutiable at 50 percent under paragraph 339.   *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and Abstract 27907 cited.

**No. 42869.**—Protests 906320–G, etc., of Lansen-Naeve Corp. et al. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Oppleman* (25 C. C. P. A. 168, T. D. 49271) and Abstract 42039 aneroid barometers and hair hygrometers were held dutiable at 27½ percent under paragraph 372, and thermometers and weather sets were held dutiable as household utensils at 40 percent under paragraph 339.   Altimeters were held dutiable as surveying instruments at 40 percent under paragraph 360. *American Paulin System* v. *United States* (T. D. 49221) followed.

**No. 42870.**—Protests 988045–G, etc., of Perry Equipment and Supply Co. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of Abstract 41643 the copper welding rods in question were held dutiable at 2½ cents per pound under paragraph 381.

BEFORE THE THIRD DIVISION, DECEMBER 15, 1939

**No. 42871.**—Protest 987665–G of Richard Liepmannssohn (San Francisco).

Opinion by KEEFE, J.   From the evidence it was found that the watch was actually owned by the plaintiff and in his possession abroad at the time of or prior to his departure from a foreign country.   It appeared that it was presented to him by his father who had acquired it from his grandfather to whom it was presented for meritorious service.   The claim for free entry under paragraph 1798 was sustained.

**No. 42872.**—Protest 997551–G of Oscar Samek & Margit Schey (New York).

Opinion by KEEFE, J.   The record disclosed that the wooden hat blocks are of a character ordinarily used in commercial establishments rather than for personal use and that the lift vans are of such construction that they are capable of repeated use.   On the record presented the protest was overruled.